AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

*U.S. DISTRICT COURT FILED APR 19 2017 S.D. OF N.Y.*

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| Luke Sadler | ) Case No. 17 Mag. 2690 |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

DOC #_____

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luke Sadler

Date: 4/19/2017

_____
*Attorney's signature*

ZACHARY MARGULIS-OHNUMA
*Printed name and bar number*

260 Madison Ave, 17th fl., NYC 10016
*Address*

ZACH@ZMOLAW.COM
*E-mail address*

212-685-0999
*Telephone number*

212-685-0922
*FAX number*